```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DEBORAH A. SAUNDERS, et al.,

                          Plaintiffs,

        -against-

BANK OF AMERICA, et al.,

                          Defendants.

-------------------------------------------------------------X

12 **CIVIL** 9201 (GBD) (RLE)

**JUDGMENT**

Defendant Deutsche Bank having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), (3), and (6); Defendant BofA, Citi, JP Morgan, U.S. Bank and Wells Fargo (the "BofA Defendants") having moved t sever and dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 8(a)(2), 9(b), 12(b)(6), 20(a), and 21 (ECF No. 166), a motion in which Defendant WRI later moved to join (ECF No. 327), before the Court is Magistrate Judge Ronald L. Ellis's Report and Recommendation ("Report"), in which he having recommended that this Court grant (1) Deutsche Bank's motion to dismiss; (2) the BofA Defendants' motion to sever; (3) the BofA Defendants' motion to dismiss Plaintiff Deborah A. Saunder's Amended Complaint; and (4) WRI's motion to join in the BofA Defendants' motion to dismiss, and therefore dismiss the Amended Complaint, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 22, 2014, having rendered its Memorandum Decision and Order adopting Magistrate Ellis's Report to dismiss the Amended Complaint, granting Defendants' motions to dismiss, dismissing the instant action, and directing the Clerk of the Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 22, 2014, Magistrate Judge Ellis's Report to dismiss the Amended Complaint is adopted; Defendants' motions to dismiss are granted;

and the instant action is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
September 24, 2014

RUBY J. KRAJICK

Clerk of Court

BY:

Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____